UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON THOR LEONARD,<br><br>    Plaintiff,<br><br>v.<br><br>REGISTERED NURSE BU,<br><br>    Defendant. | Case No. 22-cv-03804-DMR (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a parolee, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. This case has been assigned to the undersigned Magistrate Judge. Dkt. 3. Plaintiff has filed an *in forma pauperis* application. Dkt. 2.

The acts complained of occurred at California State Prisoner in Sacramento, which is located in the Eastern District of California, and it appears Defendant resides in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the Eastern District of the United States District Court of California.[1] Therefore, the Clerk of the Court shall transfer the case forthwith.

All pending motions are TERMINATED on this court's docket as no longer pending in this district.

IT IS SO ORDERED.

Dated: August 1, 2022

_____
DONNA M. RYU
United States Magistrate Judge

---

[1] Venue transfer is a non-dispositive matter and, thus, it falls within the scope of the jurisdiction of the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A).